**Loretta King, Plaintiff-Appellant, v. Cornelius Musch, d/b/a C. Musch Construction Co., Defendant-Appellee.**

Gen. No. 47,968.

First District, Second Division.

June 7, 1960.

Rehearing denied June 27, 1960.

Edward J. Paluch, of Chicago, for plaintiff-appellant; no briefs filed by defendant-appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**